## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| CLARA AKINS, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Case No. 05-CV-2131** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| sued as Jo Anne B. Barnhart, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

A Report and Recommendation (#16) was filed by the Magistrate Judge in the above cause on August 22, 2006. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#16) is accepted by this court.

(2) Plaintiff's Motion for Summary Judgment (#10) is GRANTED and Defendant's Motion for an Order which Affirms the Secretary's Decision (#14) is DENIED. The decision of the ALJ is reversed and the cause is remanded pursuant to sentence 4 of 42 U.S.C. § 405(g) for further consideration consistent with the Magistrate Judge's Report and Recommendation.

(3) Remand pursuant to 42 U.S.C. § 405(g), sentence 4, terminates the case. Accordingly, this case is terminated.

ENTERED this 13th day of September, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE